UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kentrell Alexander

v.

Case No. 16-cv-400-LM

K. Lewis, Hollaway McDaniel,
Christine Perrault, and the
United States of America

O R D E R

No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated May 12, 2017, for the reasons set forth therein.

"'[O]nly those issues fairly raised by the objections to
the magistrate's report are subject to review in the district
court and those not preserved by such objection are precluded on
appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617
F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of
Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see
also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.
1986) (after proper notice, failure to file a specific objection
to magistrate's report will waive the right to appeal).

Defendant's Motion to Dismiss (document no. 48) is hereby
granted in part as to the plaintiff's § 1983 claim and Bivens
claims, but denied as to the plaintiff's FTCA claim.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: June 13, 2017

cc:  Kentrell Alexander, pro se
     T. David Plourde, AUSA